UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>KARLYNN ROMEO TONES,<br><br>                Defendant. | No.   2:13-CR-0008-WFN-36<br><br>ORDER AUTHORIZING PAYMENT OF TRANSPORTATION EXPENSES<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

Before the Court is Defendant's Motion for Payment of Transportation Expenses. ECF No. 2796. Defendant, who resides in Los Angeles, California, requests funds to travel to this district in order to attend his trial. The Court **FINDS** that:

      1. The Defendant has been appointed counsel in this case due to his financial incapacity; and

      2. The Defendant is unable to fund his own travel due to the same incapacity. Accordingly,

**IT IS ORDERED** that:

      1. Defendant's Motion for Payment of Transportation Expenses, filed on October 7, 2014, **ECF No. 2796**, is **GRANTED**.

      2. The United States Marshals Service shall provide the means for Defendant to travel from Los Angeles, California to Spokane, Washington for the trial set to commence on **October 14, 2014 at 9:00 a.m.** He shall arrive in Spokane in sufficient time to meet with counsel prior to the start of trial.

      3. The United States Marshals Service shall arrange for Defendant's transportation back to Los, Angeles California, if required, upon completion of the trial.

ORDER - 1

4. The United States Marshals Service has the discretion to choose the mode of transport based on fiscal consideration.

5. Defendant's Emergency Motion to Allow Removal of Ankle Bracelet for Air Travel, filed October 7, 2014, **ECF No. 2797**, is **GRANTED**.

6. Defendant's ankle bracelet shall be removed **no later than October 12, 2014** to permit him to board a plane.

7. Defendant shall continue on all conditions of pretrial release previously imposed with the following modifications/ reminders:

(a) Defendant shall live in an approved residence. Defendant shall notify Pretrial Services no later than **noon on Friday, October 10, 2014**, of his proposed living situation while in the Eastern District of Washington.

(b) Defendant shall remain in the Eastern District of Washington for the duration of the trial and until otherwise ordered by the Court.

(c) Defendant shall continue on EM monitoring with GPS once in the Eastern District of Washington. He shall report to Pretrial Services in Spokane, Washington on **October 14, 2014** to have the device[s] put on.

8. **Failure to comply with the conditions listed above may result in Defendant being taken into custody.**

The District Court Executive is directed to file this Order and provide copies to counsel, the Spokane United States Probation Office, **AND TO** the United States Marshals Service--**ACTION REQUIRED**.

**DATED** this 8th day of October, 2014.

10-08-14

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2